UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

| | | |
|---|---|---|
| CARLTON KNOWLES, | : | 26-cv-2664 (SHS) |
| Plaintiff, | : | ORDER OF DISMISSAL |
| -against- | : | |
| JSHEALTH VITAMINS US, INC., | : | |
| Defendant. | : | |

---x

SIDNEY H. STEIN, U.S. District Judge.

The plaintiff having notified the Court that this action has settled (Doc. No. 7),

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time. The Clerk of Court is directed to amend the caption as set forth above.

Dated: New York, New York
July 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.